## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | |
|---|---|
| 2014 GS HOLDINGS OPERATING, LLC and 2014 GS HOLDINGS, LLC § § § | |
| Plaintiffs, § | |
| § | Civil Action No. 6:15-cv-00247-WJS |
| vs. § | |
| § | |
| ESSEX INSURANCE COMPANY, § § | |
| Defendant. § | |

### MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE COURT:

**COMES NOW**, 2014 GS Holdings Operating LLC and 2014 GS Holdings, LLC ("Plaintiffs") and request this Court to enter an Order dismissing this case with prejudice and for cause would show the court as follows:

I.

The parties have amicably settled their differences and Plaintiffs no longer desire to litigate any issue currently before the Court and request a dismissal with prejudice. All costs should be assessed against the party having first incurred same.

**WHEREFORE, PREMISES CONSIDERED**, 2014 GS Holdings Operating LLC and 2014 GS Holdings, LLC request that the Court grant the relief requested herein and order such other relief at law or in equity to which they may show themselves entitled.

        Respectfully submitted,
        Bennett, Weston, LaJone & Turner, P.C.

        */s/* J. Michael Weston
        J. Michael Weston
        State Bar No. 21232100
        jmweston@bennettweston.com
        Bruce E. Turner
        State Bar No. 20310500
        bturner@bennettweston.com
        1603 LBJ Freeway, Suite 280
        Dallas, Texas 75234
        972-862-2332- Telephone
        214.373.2570 – Facsimile
        **ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been furnished to the following counsel via facsimile and email, in accordance with the Federal Rules of Civil Procedure, this 30th day of August 2017, as follows:

Mark W. Thayer, Esquire        (Via E-Mail & Facsimile)
1900 West Loop South, Suite 1000
Houston, TX  77027
713-961-3938 – Facsimile
mthayer@gordonrees.com – E-Mail


        */s/* J. Michael Weston
        J. Michael Weston