IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| 2014 GS HOLDINGS OPERATING, LLC and 2014 GS HOLDINGS, LLC<br><br>Plaintiffs,<br><br>vs.<br><br>ESSEX INSURANCE COMPANY,<br><br>Defendant. | §<br>§<br>§<br>§<br>§  Civil Action No. 6:15-cv-00247-FD<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER GRANTING
## MOTION TO DISMISS WITH PREJUDICE

**CAME ON** for consideration the Motion to Dismiss with Prejudice filed on behalf of 2014 GS Holdings Operating LLC and 2014 GS Holdings, LLC ("Plaintiff") in this case. The Court having reviewed the Motion is of the opinion it has merit and should be granted.

IT IS ORDERED that this entire case shall be and the same is hereby, dismissed with prejudice and with each party to bear their own costs.

SIGNED this 31st day of August, 2017.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE